JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BRIGITTE STELZER,<br><br>    Plaintiff,<br><br>v.<br><br>HOLLYWOOD UNLOCKED, INC.,<br><br>    Defendants. | Case No. 2:21-cv-07342-VAP-JCx<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of ninety (90) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: March 4, 2022

                                              VIRGINIA A. PHILLIPS
                                              United States District Judge